THIRD DEPARTMENT, OCTOBER, 1961

(October 17, 1961)

In the Matter of JOSEPH CASLIN et al., as Commissioners of Election of Saratoga County, Petitioners, v. SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ALBANY, et al., Respondents.—

Coon, J. P., Gibson, Herlihy and Taylor, JJ., concur.